UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY JPW

04 DEC 14 PM 5:05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-In-Charge
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF RE-SETTING
Before Judge Jon Phipps McCalla, United States District Judge

December 14, 2004

RE:   2:03cr20338-Ml
      *USA V. CARL JOHNSON*

Dear Sir/Madam:

A(n) **SENTENCING HEARING** before **Judge Jon Phipps McCalla** has been **RESET** from WEDNESDAY, DECEMBER 15, 2004 at 9:00 A.M. to **FRIDAY, JANUARY 21, 2005 at 4:00 P.M.** in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: _____
Joseph P. Warren, Case Manager
901-495-1242



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:03-CR-20338 was distributed by fax, mail, or direct printing on December 15, 2004 to the parties listed.

---

Paula Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT