**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JULIE BROCK
(513) 564-7036
(FAX) 564-7094
www.ca6.uscourts.gov

RECEIVED 06 APR 28 PM 12:04

Filed: April 26, 2006

Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN  38103

RE: 05-5462
USA vs. Johnson
District Court No. 03-20338

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

Julie Brock
Case Manager

cc: Honorable Jon Phipps McCalla
    Ms. Katrina U. Earley
    Mr. Arthur E. Quinn

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-5462

Filed: April 26, 2006

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CARL JOHNSON

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 3/21/06 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

Deputy Clerk

Mr. Thomas M. Gould, Clerk
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN  38103